UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61800-CIV-COHN

ERIC HEINRITZ,

Magistrate Judge White

    Petitioner,

vs.

WALTER A. MCNEIL,

    Respondent.
_____/

### FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the Report and Recommendation [DE 16] of Magistrate Judge Patrick A. White. The Court notes that the Petitioner, Eric Heinritz, has not filed any objections to the Report and Recommendation in this case, and that the time for filing such objections passed on March 14, 2011.[1]

Even though no timely objections were filed, the Court has conducted a de novo review of the report and recommendation, and is otherwise fully advised in the premises. The Magistrate Judge recommends denial based upon the procedural default of Mr. Heinritz's claims in state court and/or for failure to exhaust state court remedies. The Court agrees with the reasoning and analysis of the Magistrate Judge that this petition should be denied.[2]

---

[1] On March 25, 2011, the Clerk of Court entered a notation in the docket [DE 17] that the Magistrate Judge's Report and Recommendation was returned as undeliverable mail as "inmate refused unable to forward." The Court notes that there is no Eric Heinritz listed in the Florida Department of Corrections prisoner database, leading to the conclusion that Mr. Heinritz is no longer in custody. His 7.5 year sentence was imposed on March 16, 2006, more than five years ago. Including time served prior to sentence and/or gain time while in custody, it is reasonable to conclude the Mr. Heinritz is no longer in custody.

[2] If it is true that Mr. Heinritz is no longer in custody, then the petition could be dismissed for lack of subject matter jurisdiction. Lackawanna County District Attorney v. Coss, 532 U.S. 394 (2001).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 16] is hereby **ADOPTED**;

2. The Petition is hereby **DENIED**;

3. The Clerk may close this case and deny any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of March, 2011.

JAMES I. COHN
United States District Judge

copies to:

Eric Heinritz, pro se (via CM/ECF mailing)